

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00078-CV

## IN RE HAMPTON ROADS LANDSCAPING & LAWN CARE, LLC AND MARK RYAN TAYLOR

_____

## Original Proceeding

_____

## O R D E R

_____

Relators' Motion to Extend the Maximum Length of Relators' Reply to Real Party In Interest's Response to Petition for Writ of Mandamus Pursuant to TEX. R. APP. P. 9.4(i)(4), filed on April 17, 2019, is granted. Relators' Reply to Real Party In Interest's Response to Petition for Writ of Mandamus is deemed properly filed as of April 17, 2019.

PER CURIAM

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Neill
Motion granted
Order issued and filed April 24, 2019

